## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Brandon Roche, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been a Special Agent with the FBI since August 2021. During my employment with the FBI, I have gained experience through training at the FBI Academy and have participated in investigations pertaining to transnational organized crime and to child pornography and human trafficking. I am currently assigned to the Philadelphia Division's Crimes Against Children Squad and have received training in and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media. I have been an affiant of numerous search warrant affidavits and participated in the execution of many search and seizure warrants.

2.     As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.     I make this affidavit in support of an arrest warrant for **DANIEL UHLIG**, hereinafter "UHLIG," date of birth February xx, 1958, for violating Title 18, United States Code, Section 2422(b), use of an interstate commerce facility to attempt to entice a minor to engage in sexual conduct.

4.     The statements contained in this affidavit are based upon my investigation, information provided by other FBI agents and law enforcement officers, and my experience and training as a Special Agent of the FBI.

5.     Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

I have set forth only the facts that I believe are necessary to establish probable cause for the arrest of UHLIG.

6.      In summary, and as outlined below in more detail in this affidavit, UHLIG, a 68-year-old male from Port Charlotte, Florida, communicated online with an FBI Online Covert Employee ("OCE") between approximately June 11, 2026 and July 16, 2026. The OCE purported to be a 34-year-old male who lived in the Eastern District of Pennsylvania ("EDPA") and who would procure his 9-year-old niece for sex with UHLIG. UHLIG communicated with the OCE primarily using the messaging application Telegram. During the conversation, UHLIG distributed child pornography to the OCE and described specific sexual acts that he wanted to commit against the OCE's purported 9-year-old niece. UHLIG developed a plan to travel to EDPA to meet the OCE and the purported 9-year-old victim for sex at a campground in EDPA. To facilitate this plan, UHLIG purchased multiple items from Amazon and had those items delivered to the OCE, including girls' clothing that UHLIG wanted the girl to wear while he raped her, emergency contraceptive pills (colloquially referred to as the "morning after" pill), and sex toys that UHLIG discussed inserting into the 9-year-old's vagina and anus. UHLIG purchased a plane ticket to fly from Florida to Pennsylvania on July 16, 2026. On July 16, 2026, UHLIG arrived at Lehigh Valley International Airport in Allentown via Allegiant Airlines. On July 16, 2026, at approximately 6:18 p.m., UHLIG arrived at French Creek State Park in Elverson, Pennsylvania, as previously discussed with the OCE.

### FACTS SUPPORTING PROBABLE CAUSE

#### Online Communications

7.      On or about June 11, 2026, an FBI OCE created a post in a group on FetLife.com ("FetLife"). FetLife is known to your affiant as a social networking website for individuals who

2

are part of the Bondage, Discipline, Dominance, Submission, Sadism, and Masochism ("BDSM"), kink and fetish communities, and is frequented by individuals who engage in child exploitation. The OCE posted in a FetLife group named "Daddy – lil girl/Babygirl Personals." The title of the OCE's post read, "Cuck my little in Philadelphia," and the body of the post read, "Looking for a taboo friendly, experienced individual to cuck me with my little. Needing someone who is willing to go slow and teach the unexperienced the joys and pleasure of sex. No rape and no pain."

8.      On the same day, the OCE received a direct message on FetLife from the user Red850i (later identified as UHLIG) requesting more information about the OCE's "little." The OCE asked, "Are you okay with taboo young? All good if you are not. If you want more message me on telegram [OCE Telegram username]."

9.      FetLife user Red850i's profile identified the user as a 68-year-old male living in Port Charlotte, Florida who listed his sexual roles as "dominant, primal predator and master."

10.     On June 11, 2026, the OCE received a Telegram message from FetLife user Red850i. The display name for the Telegram account was "None Ya Business" and the username was @Red850i.

11.     On June 11, 2026, Red850i and the OCE engaged in the following exchange on Telegram:

- Red850i:      Red here from FET

- OCE:          Hey red. Good to meet a like minded friend

- Red850i:      Good to meet you also.
  So would you like to tell me the type of or shall I say age of the young girls you enjoy

- OCE:          You tell me ;)

- Red850i:      [Image sent depicting a girl approximately 11 to 13 years of age wearing a plaid skirt and dress coat]

3

                Maybe something like this

- OCE:  She's hot for a mature girl

- Red850i:  Sounds like she's not young enough?

- OCE:  She's acceptable. Hard to tell if she has tits or not with that jacket. Whats age preference?

- Red850i:  [Image sent depicting a girl approximately 9 to 11 years old wearing a pink dress sitting on a ledge]
Better?

- OCE:  Now she's a cutie.
Which do you like more?

- Red850i:  Well for me it's not always about the age but about the looks so I would probably have to choose the one I just sent you [Image sent depicting a 9 to 11 year old girl standing wearing a two piece bathing suite]
And what a cutie this one is

  …

- Red850i:  So why don't you tell me more about this "little" that you posted about online

- OCE:  Those are some cuties. Before I tell you more, I am not looking for anything online. Happy to chat some but this would be IRL [in real life]. Are you okay with that?

- Red850i:  I would be OK with that. As long as you don't mind with somebody it's just a visitor and doesn't live in Pennsylvania anymore

- OCE:  That is actually perfect. How often do you come back to pa?

- Red850i:  Actually haven't been there for about three years. But that doesn't mean a trip might be in the cards if it's worthwhile. I still have family in the area. Mostly around the Dublin/Doylestown area.
And of course it also depends on what you might expect.

- OCE:  … What might I expect?

- Red850i:  Well maybe you should just tell me a little more about your "little"

4

- OCE:  and you say you're a cuck so is your plan just to sit back and watch thing being done to her?

- OCE:  She looks a lot like the girl you sent in the pink dress. She isn't that light of skin though and no freckles. I have been training her for a few years but it just doesn't feel right to be the first guy to fuck her and pop her cherry.

- Red850i:  Care to share actual age?

- OCE:  To be honest I'm nervous you're a cop

- Red850i:  Not sure how I could prove it to you that I'm not
  And then again how do I know you're not a cop…

- OCE:  If you tell me your age preference I'll tell you her age.

- Red850i:  Well like I said mostly it's about looks but definitely 14 and under. Maybe eight and perhaps even six if she was more cute enough

- OCE:  So 9 is just right for you. Your in luck.

- Red850i:  So who is she to you? Family member or something? And you know eventually I'm going to want to see what she looks like

- OCE:  Niece. I'm her favorite uncle. I can send photos but I won't send face and I'm not going to just send photos for you to jack off too…

12. Red850i then discussed some of the sex acts he would engage in with the OCE's niece:

I would even use lube when I'm playing with her. I definitely want to finger her a little bit. And maybe if she's willing suck on my cock a bit. And the only reason why I asked if you to watch porn together is to perhaps got some kind of idea of what she might like. And do you plan on just watching? Or are you planning on joining in possibly once she loses her virginity?

Red850i asked the OCE if he would be allowed to ejaculate inside the child, to which the OCE responded, "Yeah, she hasn't gotten her period yet so I don't think there is any reason you can't as long as you don't have any STD." Red850i told the OCE that he was clean and willing to be tested.

5

He expressed his concern about getting the girl pregnant even though she had not had her first period, writing, "Maybe just to be extra extra safe give her a morning after pill."

13.     Beginning on June 12, 2026, Red850i started developing a plan to meet the OCE and his niece for sex with the child. Red850i discussed combining a trip to meet the OCE and his niece with a trip to retrieve belongings from a storage locker he maintained in EDPA. On June 12, 2026, Red850i asked the OCE, "… So how often are you actually with her? Any specific days?" On June 14, 2026, Red850i asked the OCE, "And what would be the chance of you 'babysitting' her for more than one night? Possibly over a weekend? Don't you think we could have fun playing with her for a couple of days?" The OCE responded that he may be able to take his niece camping in his RV for a few nights. Red850i told the OCE, "I've actually been looking into possible travel dates. And of course other arrangements I might have to make. I would probably fly into Allentown airport… Probably wouldn't be till the middle or towards the end of July though and I don't know how a schedule like that works out for you."

14.     On June 15, 2026, Red850i discussed the cost of flights on various dates in July and wrote, "… The best options for me would be either 2 July although that's cutting it a little short or 16 July. Both of those are Thursdays. I would probably get into Allentown around 11 AM either one of those days. And then we would have her until Saturday night or until Sunday morning?" After the OCE confirmed that July 16 worked, Red850i told the OCE that he booked his trip to travel to Allentown on July 16, 2026 via Allegiant Airlines.

15.     Throughout the messages, UHLIG described other sex acts that he wanted to engage in with the 9-year-old girl. For example:

        a.     On June 11, 2026, Red850i told the OCE, "And since she is a young

virgin, I would plan on taking my time with her. In fact it wouldn't be just there to fuck her. I would love to play with her for a little while… ."

        b.      On June 14, 2026, after discussing dressing the child up to be "wearing something pretty like a cute dress," Red850i told the OCE, "And while I'm undressing her in front of you I may even nibble on her neck a little bit and tell her what a good girl she is for letting me play with her."

        c.      On June 16, 2026, Red850i told the OCE, "One thing I would definitely love for her to do is learn how to suck cock. Making her swallow would be a big plus but maybe just shoot it all over her face. Maybe even having her try to take it in the ass. But I think that might be a little bit too much for her. Maybe at the very least finger her ass or possibly some anal beads."

        d.      On June 19, 2026, Red850i told the OCE, "… I think we should start out slow with her. First thing to do is dress her up to look all pretty. Make her feel special. I'm definitely going to try to take my time with her at first. I want her to get used to taking cock whether that's between or legs or in her mouth. Then I think is the weekend progresses will start raping her rougher and rougher… I guess it's up to you if you want some pictures taken of her after she's been raped."

        e.      On June 22, 2026, Red850i told the OCE, "I just hope I can get her down on her knees at some point. As long as you would enjoy watching her suck my cock. I would love it sometime over the weekend I could blow a load in her mouth."

16.     UHLIG also distributed child pornography to the OCE via Telegram. The videos and images are described below:

        a.      On June 17, 2026 at 3:44 p.m., Red850i sent the OCE a 1 minute,

36-second-long video depicting a minor girl, approximately 10 to 13 years old, standing naked inside of a bathroom and inserting the handle of a hairbrush into her vagina. The minor then removed the hairbrush from her vagina and licked a white fluid from the handle of the hairbrush. The minor repeated these acts for the remainder of the video. After sending this video, Red850i asked the OCE, "Should we make [child's name] do something like this?"

b.      On June 21, 2026 at 2:29 p.m., Red850i sent an image depicting a prepubescent girl, approximately 4 to 7 years old, naked but wearing thigh high socks, with her arms and legs bound together with straps and her legs spread open exposing her genitals. He asked the OCE, "Does looking at something like this get you hard?"

c.      On June 21, 2026 at 5:47 p.m., Red850i sent a 46-second-long video depicting a minor girl performing multiple different sex acts. The video is a compilation, and the audio states the minor is 12 years old, which is consistent with her appearance. The video depicts an adult male inserting his penis into the minor girl's mouth, the minor performing oral sex on another female, and the minor standing and rubbing her genitals through her underwear.

d.      On June 21, 2026 at 6:17 p.m., Red850i sent a 59-second-long video depicting a prepubescent girl, approximately 3 to 6 years old, naked on her hands and knees being instructed to use her tongue to lick the genitals of an adult female who is naked laying on her back on the bed. The minor is then instructed to lay on her back, and the adult female places her legs on either side of the minor and place her genitals to the minor's mouth.

17.     Throughout the communications, UHLIG also discussed items that would facilitate his commission of sex acts against the 9-year-old girl.

a.      For example, after the OCE told Red850i that the girl liked the Disney

8

movie "Frozen," Red850i told the OCE that he would purchase a dress for the girl with the main character Elsa on it, a Disney Frozen throw blanket, and a stuffed teddy bear for the child from Walmart, which Red850i would present as gifts to the child upon meeting her at the RV. On June 23, 2026, Red850i sent an image depicting a screenshot of an online shopping cart containing these items and told the OCE, "And these are the things I will get for her at Walmart after I arrive in Pennsylvania. I'll probably have them sent to the Pottstown store since it's pretty close to the campsite." Red850i told the OCE that he added the blanket to the list in case they took the child into the woods to have sex, so the blanket would "give her something to lay on."

        b.      Red850i also told the OCE that he would bring two different colors of lipstick for the child and wanted her to "leave red kiss marks on [his] cock."

18.     UHLIG also ordered items on Amazon to facilitate his commission of sex acts against the 9-year-old girl, including a unicorn nightgown for the child, lace knee high socks for the child, emergency contraceptive pills, and sex toys. In advance of the planned July 16, 2026 meeting, UHLIG sent these items to the OCE to pick up at an Amazon lockers[1] in EDPA.

        a.      On June 24, 2026, Red850i sent the OCE a screenshot of an Amazon order confirmation with estimated delivery dates. He told the OCE, "And for some reason when I try to add the lube to the order it said the locker was full. So I'll just pick some of that up on my way there or see if this stuff is still in my storage unit and if it's still good although it's in a sealed bottle so it should be… And just so you know in that order there's a gift for you also. Lol."

---

[1] Amazon is an online retailer where customers can purchase various products online to be shipped to an address of the customer's choice. Amazon also allows customers to order products for shipment to Amazon-owned lockers, which are self-service kiosks located in popular retail hubs like grocery stores and shopping centers, where customers can pick up orders. When a customer's order is delivered to the locker, the customer receives an email from Amazon with information to unlock the locker and retrieve the package inside.

b.      On June 26, 2026, the email address wizardpenn@gmail.com forwarded an email from Amazon containing Amazon locker pickup information to the OCE's email address. On June 27, 2026, the email address dkuhlig@gmail.com forwarded emails from Amazon to the OCE's email's address, including the first email previously sent by wizardpenn@gmail.com, which had gone to the OCE's Spam folder. The emails contained hyperlinks needed to retrieve online orders from an Amazon Locker located at 3620 Street Road, Bensalem, Pennsylvania.

c.      On June 28, 2026, your affiant, using the emails forwarded to the OCE, unlocked three Amazon lockers and retrieved each of the three Amazon packages. Each of the three packages were addressed to UHLIG. The first package contained a pink night-gown with an image of a unicorn and the words "little princess" on it. The night gown was a child size 8. The first package also contained girls' white lace knee-high socks. The next two Amazon packages each contained a package of My Choice brand 1.5 milligram Levonorgestrel Tablet Emergency Contraceptive. Your affiant knows these tablets to be referred to as "Plan B pills" or "morning after pills," which are marketed and used to reduce the risk of pregnancy after unprotected sex.

d.      On July 10, 2026, the OCE received another email forwarded by dkuhlig@gmail.com, which contained information for another Amazon order waiting for pickup in the Amazon locker located at 3620 Street Road, Bensalem, PA. The email described the items as "Anal Plug Training Sets, MKPJOY 3 Sizes and 3 Colors Anal Dildos with Strong Suction Cup Anal Prostate Vaginal G-Spot Sex Toys for Beginners to Advanced Users."

e.      On July 12, 2026, your affiant, using the emails sent to the OCE, unlocked the Amazon locker and retrieved a package. The Amazon package was addressed to UHLIG. Contained inside of the Amazon package was a pack of three different sized phallic shaped dildos.

19.     UHLIG also discussed showing the 9-year-old girl pornography to facilitate his sex acts with her. For example, on June 22, 2026, Red850i sent the OCE a video depicting a Disney cartoon character engaged in sexual intercourse with an adult male, and asked the OCE, "What do you think about showing [child's name] this type of porn? Maybe when she sees Elsa being a good little slut it'll convince her a little bit more to be a good little slut to us." The next day, Red850i told the OCE, "And if you noticed some of the porn I sent you was animated porn with Elsa. I don't know how a little nine-year-old girl thinks but I'm hoping that if she sees something like Elsa taking cock maybe she might think it's kind of normal. I mean if a princess is getting fucked by different men maybe she won't mind it either…"

20.     UHLIG also discussed whether he and the OCE should photograph or record his sex acts with the 9-year-old girl. For example, on June 21, 2026, Red850i told the OCE, "Maybe I would like to have one or two pictures of her… What about videos of some of the sessions as long as no faces were being shown?... [M]aybe on occasion sit back and watch our handiwork…."

## Identification of DANIEL UHLIG

21.     Statements made by Red850i are consistent with facts confirmed about UHLIG through investigation. Red850i stated he was from the Dublin or Doylestown area of Pennsylvania. UHLIG's Pennsylvania Driver's License, issued on March 8, 2019, listed UHLIG's address in Dublin, Pennsylvania. During the conversation with the OCE, Red850i stated that he would travel from his current residence and sent confirmation that he was flying from Punta Gorda, Florida. UHLIG's Florida Driver's License, issued on June 22, 2026, identifies UHLIG's current address in Port Charlotte, Florida.

22.     Early in the communications, on June 11, 2026, the OCE requested a photo of Red850i to show to his niece. In response, Red850i sent an image depicting an adult male with

glasses, and another image depicting an adult male appearing to photograph himself in a mirror. Red850i wrote, "By the way I am 6 foot two and around 280 pounds." These images and messages were deleted by Red850i, but later resent to the OCE to be shown to the purported 9-year-old child. The adult male in the two images appears to be the same male from the known driver's license photos of UHLIG.

23.    FBI issued subpoenas to Google for subscriber information associated with Gmail accounts dkuhlig@gmail.com and wizardpenn@gmail.com, the two email accounts used to forward the Amazon delivery emails to the OCE. In response, Google identified the name of the user for account dkuhlig@gmail.com as Daniel UHLIG, with two linked phone numbers. The account wizardpenn@gmail.com had a recovery email of dkuhlig@gmail.com and a recovery phone number of one of the same phone numbers linked to the dkuhlig@gmail.com account.

24.    On July 10, 2026, FBI agents confirmed with Allegiant Air that DANIEL UHLIG has a confirmed ticket for the July 16, 2026 flight from Punta Gorda, Florida, to Allentown, Pennsylvania, estimated to arrive at 11:11 a.m. These flight details are consistent with those provided in the Telegram conversation. The Punta Gorda airport is located 12 miles from UHLIG's current residence.

**TRAVEL TO EASTERN DISTRICT OF PENNSYLVANIA**

25.    On July 16, 2026, UHLIG traveled on Allegiant Air flight G4906 from Punta Gorda, Florida to Allentown, Pennsylvania. At approximately 11:13 a.m., FBI agents observed UHLIG deboarding the aircraft. Agents then observed UHLIG rent a black Nissan Rouge with New Jersey license plate U22-WUU.

26.    At approximately 11:50 a.m., UHLIG arrived at 1980 Catasauqua Road, Allentown, Pennsylvania, 18109 and entered the store Condoms Galore. Through investigation, FBI learned

that UHLIG purchased "Peachy Lips" flavored lubricant, which is consistent with what UHLIG told the OCE he would purchase during their communications.

27. At approximately 2:05 p.m., agents observed UHLIG at Hide Away Self Storage located at 4050 Stony Lane, Doylestown, Pennsylvania. During the chats with the OCE, UHLIG discussed picking up his belongings, which were located in a storage unit in Doylestown.

28. At approximately 5:14 p.m., UHLIG messaged the OCE to inform the OCE that he had stopped at Walmart and had purchased "peach flavored cock rings." UHLIG and the OCE previously discussed the minor's favorite candy as being peach rings.

29. At approximately 6:18 p.m., UHLIG arrived at French Creek State Park campsite 252, in Elverson, Pennsylvania, which is the campsite where the OCE told UHLIG that he and the minor would be.

## CONCLUSION

30.     Based on the facts set forth above, I submit that there is probable cause to believe that DANIEL UHLIG has violated Title 18, United States Code, Section 2422(b) (use of an interstate commerce facility to attempt to entice a minor to engage in sexual conduct). I therefore respectfully request the issuance of a warrant for his arrest.

Respectfully submitted,

*/s/ Brandon Roche*
Brandon Roche
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone.

*/s/ Jose R. Arteaga, USMJ*
HONORABLE JOSÉ R. ARTEAGA
UNITED STATES MAGISTRATE JUDGE

14

**ATTACHMENT A**

**Count One – Use of an interstate commerce facility to attempt to entice a minor to engage in sexual conduct, 18 U.S.C. 2422(b)**

Between on or about June 11, 2026 and on or about July 16, 2026, in the Eastern District of Pennsylvania and elsewhere, the defendant, DANIEL UHLIG, used a facility and means of interstate and foreign commerce, that is, an online account and messaging service that utilizes cell phone data and the Internet, to attempt to persuade, induce, entice and coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense, that is, rape of a child, in violation of Title 18, Pa.C.S., Section 3121(c), by communicating with a person he believed to be the uncle of a minor child who would procure that child for sexual exploitation, and by traveling to meet for that purpose. In violation of Title 18, United States Code, Section 2422(b).